**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>THORPE EXCAVATING, INC. an Iowa corporation; and JOEL WAYNE THORPE, an individual,<br><br>Defendants. | Case No. 8:23-cv-01134-MCS-JDE<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Motion for Summary Judgment, it is ordered, adjudged, and decreed:

1. Judgment is entered in favor of Ameris Bank and against Thorpe Excavating, Inc. and Joel Wayne Thorpe on Ameris Bank's claims.

2. Ameris Bank shall recover from Thorpe Excavating, Inc. and Joel Wayne Thorpe compensatory damages in the sum of $207,576.00, on which prejudgment interest at a 10 percent per annum rate has accrued since May 31, 2023.

3. Postjudgment interest shall accrue at the statutory rate. 28 U.S.C. § 1961(a).

**IT IS SO ORDERED.**

Dated: August 29, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2